IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1039 RPM-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LOUIS E. RIVELLI, *et al.*

Defendants.

### ORDER

**THIS MATTER,** having come before the Court on the Motion to Remove Document No. 43 from the Docket, filed by Defendant Louis E. Rivelli, and the Court, having been fully advised in the premises, hereby

**ORDERS** that the Motion is **GRANTED.**

Dated September 29, 2005.

BY THE COURT:

_____
United States District Court Judge