IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-1039-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

        Defendants.

_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the motions hearing today, it is

ORDERED that a scheduling conference will be held on **May 4, 2006, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by April 27, 2006, via e-mail to **Matsch_Chambers@cod.uscourts.gov**.

DATED: March 14, 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge