IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

        Defendants.

_____

ORDER EXTENDING DEADLINES
_____

Pursuant to the Stipulated Motion to Amend Scheduling Order (Doc. #64), it is

ORDERED that deadlines set forth in the Scheduling Order are extended as follows:

| | |
|---|---|
| Response to First Interrogatories | September 29, 2006 |
| Plaintiff's Expert Designations | April 24, 2007 |
| Defendants' Expert Designations | May 23, 2007 |
| Expert 26(a)(2) Reports (all) | July 10, 2007 |
| Rebuttal Expert Designations and Reports | August 1, 2007 |
| Last date for interrogatories | April 17, 2007 |
| Last date for requests for production | April 17, 2007 |
| Fact discovery cut-off | August 7, 2007 |
| Expert discovery cut-off | November 6, 2007 |
| Dispositive Motion deadline | December 10, 2007 |
| Deadline for motions to sever trial | December 10, 2007 |

DATED: July 31, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge