IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

        Defendants.

_____

ORDER EXTENDING DEADLINES
_____

Pursuant to the Stipulated Motion to Amend July 31, 2006 Order Extending Deadlines (Doc. #84), it is

ORDERED that deadlines set forth in the Scheduling Order are extended as follows:

| | |
|---|---|
| Expert 26(a)(2) Reports (all) | October 8, 2007 |
| Rebuttal Expert Designations and Reports | October 30, 2007 |
| Fact discovery cut-off | November 5, 2007 |
| Expert discovery cut-off | February 4, 2008 |
| Dispositive Motion deadline | March 10, 2008 |
| Deadline for motions to sever trial | March 10, 2008 |

DATED: July 9th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge