# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1039 RPM-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LOUIS E. RIVELLI, *et al.*

Defendants.
_____

## STIPULATION AND ORDER OF CONFIDENTIALITY
_____

IT IS HEREBY STIPULATED AND AGREED by and among the parties that this Stipulation and Order of Confidentiality ("Stipulation and Order") shall govern the handling of all information that relates in any way to the medical or psychological condition of the witness known as Mark Iwan ("Iwan Medical Information").

1. The Iwan Medical Information shall be used solely for the purposes of this litigation and shall not be used for any other purpose including, but not limited to business, governmental, or commercial proceedings.

2. The Iwan Medical Information shall not be disclosed to any person or entity other than:

   (a) The Court and its personnel; and

   (b) Counsel who have appeared of record for any party in this case and in-house counsel who have signed this Stipulation and Order and partners, associates, paralegals, staff members, employees, and independent contractors of such counsel.

3. The Iwan Medical Information shall be filed with the Court only under seal in envelopes clearly identifying the information contained therein as confidential and subject to a protective order.

4. Nothing in this Stipulation and Order is intended to constitute or shall be construed as constituting a waiver of an attorney-client, work product, or any other privilege or right of any party to this action to oppose production of any documents or information as being outside the scope of discovery authorized by the Federal Rules of Civil Procedure. Nothing in this Stipulation and Order shall prevent or otherwise restrict counsel from rendering advice to their clients and, in the course thereof, relying generally on examination of the Iwan Medical Information.

5. Nothing in this Stipulation and Order shall be construed to limit, restrict, or otherwise affect the ability of the parties to seek the production of documents, testimony, or any information from any source.

6. This Stipulation and Order shall not prevent the parties from applying to the Court for further or additional protective orders or for modification of this Stipulation and Order,

7. If the re-production of materials that have been designated as Iwan Medical Information and that are subject to the terms of this Stipulation and Order is sought by subpoena, court order, or otherwise through the judicial or quasi-judicial process, the party receiving the request shall promptly notify the party or other person who designated the material as confidential of the pendency of such subpoena or order in sufficient time to permit the producing party to oppose the re-production of the information.

8. Upon final termination of this action, including all appeals, all Iwan Medical Information produced pursuant to this Stipulation and Order and all copies thereof shall, at the option

of the Producing Party, either be returned to the Producing Party or destroyed, provided, however, that the pre-trial and trial record of this action may be retained by counsel subject to the terms and conditions of this Stipulation and Order.

9. This Stipulation and Order shall survive the final termination of this action unless otherwise agreed by the parties or ordered by the Court.

10. The inadvertent, unintentional, or in camera disclosure of the Iwan Medical Information shall not waive the confidentiality of the information or of objections to production.

11. The attorneys of record are responsible for employing reasonable measures, consistent with this Stipulation and Order, to control access to, duplication of, and distribution of the Iwan Medical Information.

12. The Court may impose sanctions on any individual granted access to the Iwan Medical Information under this Stipulation and Order who uses such Information for any purpose other than in connection with this litigation or who otherwise violates the terms of the Stipulation and Order.

13. The parties agree to be bound by the terms of this Stipulation and Order pending its entry by the Court, and any violation of its terms shall be subject to the same sanctions and penalties as if this Stipulation and Order had been entered by the Court.

14. This Stipulation and Order may be executed by counsel for the parties in counterpart originals. Facsimile or electronic copies shall be deemed originals.

Dated November 30, 2007.

| | |
|---|---|
| *s/ Charles B. Hecht*<br>Charles B. Hecht, Esq.<br>Nancy A. Kostro, Esq.<br>Jessica L. Hoff, Esq.<br>HAMIL/HECHT LLC<br>140 East 19th Avenue, Suite 600<br>Denver, CO 80203<br>Telephone: (303) 830-1383<br>Email: checht@h-hllc.com;<br>nkostro@h-hllc.com; jhoff@h-hllc.com<br>*Attorneys for Defendant Louis E. Rivelli* | *s/ Julie K. Lutz*<br>Julie K. Lutz, Esq.<br>Zachary T. Carlyle, Esq.<br>SECURITIES AND EXCHANGE COMMISSION<br>1801 California Street, Suite 1500<br>Denver, CO 80202<br>Tfelephone: 303-844-1000<br>Email: lutzj@sec.gov; carlylez@sec.gov<br>*Attorneys for Plaintiff* |
| *s/ Matthew Smith*<br>John V. McDermott, Esq.<br>Sven C. Collins, Esq.<br>Matthew Smith, Esq.<br>HOLME ROBERTS & OWEN, LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>Telephone: 303-866-0464<br>E-mail: john.mcdermott@hro.com;<br>sven.collins@hro.com,<br>matt.smith@hro.com;<br>*Attorneys for Defendant Robert T. Hoffman* | *s/ David A. Zisser*<br>David A. Zisser, Esq.<br>ISAACSON ROSENBAUM, P.C.<br>633 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: 303-256-3952<br>E-mail: dzisser@ir-law.com<br>*Attorney for Defendant Stephen G. Burke* |
| *s/ Josiah O. Hatch*<br>Josiah O. Hatch, Esq.<br>F. Stephen Collins, Esq.<br>DUCKER MONTGOMERY ARONSTEIN & BESS,PC<br>1560 Broadway, Suite 1400<br>Denver, CO 80202<br>Telephone: 303-861-2828<br>E-mail: jhatch@duckerlaw.com,<br>fscollins@duckerlaw.com;<br>*Attorneys for Defendant Rodney B. Johnson* | *s/ David Bayless*<br>David Bayless, Esq.<br>Tammy Albarran, Esq.<br>David Jolley, Esq.<br>Margaret May, Esq.<br>COVINGTON & BURLING<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Email: dbayless@cov.com; talbarran@cov.com; djolley@cov.com; mmay@cov.com<br>*Attorneys for Defendant Theresa Ayers* |

*s/ Martin M. Berliner*
Martin M. Berliner, Esq.
BERLINER MCDONALD, PC
5670 Greenwood Plaza Blvd.,Suite 418
Greenwood Village, CO 80111
Telephone: 303-830-1700
E-mail: mberliner@berlinermcdonald.com
*Attorney for Defendant Craig L. Stevenson*

*SO ORDERED:*

*Dated this 3rd day of December, 2007*

*s/Richard P. Matsch*
_____
*Richard P. Matsch, Senior District Judge*

# *EXHIBIT A*

## *DECLARATION REGARDING COMPLIANCE WITH STIPULATION AND ORDER OF CONFIDENTIALITY*

*I, _____, declare as follows:*

*1. My address is _____*
*_____.*

*2. My present employer is _____*
*_____.*

*3. My present occupation or job description is*
*_____*
*_____*
*_____.*

*4. I have received a copy of the Stipulation and Order of Confidentiality entered by Richard P. Matsch, Senior District Judge, In the Untied States District Court for the District of Colorado, on _____, 2007 in Securities and Exchange Commission v. Louis E. Rivelli et al.*

*5. I have carefully read and I understand the provisions of the Stipulation and Order of Confidentiality.*

*6. I will comply with all provisions of the Stipulation and Order of Confidentiality.*

*7. I will hold in confidence, and will not disclose to anyone not qualified under the Stipulation and Order of Confidentiality any Confidential Information including, but not limited to, documents, contents of documents, and information which is disclosed to me in this action.*

*8. I will use any Confidential Information which is disclosed to me only for purposes of this action.*

*9. Upon request, I will return and deliver all Confidential Information which comes into my possession and all documents or things which I have prepared relating thereto to my counsel in this action or to counsel for the party by whom I am employed or retained or from whom I received the Confidential Information.*

10. I hereby submit to the jurisdiction of this Court for the purpose of enforcing the Stipulation and Order of Confidentiality in this action. I understand that a violation of the Stipulation and Order of Confidentiality is punishable by contempt of court.

*Executed this _____ day of _____, 200_, at _____, _____.*

                    _____
                    *Signature*

*C:\Documents and Settings\user\Local Settings\Temp\notes6030C8\FINAL Stipulation and Order of Confidentiality-Iwan only.wpd*

8