IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

        Defendants.

_____

ORDER DENYING MOTION TO QUASH SUBPOENA
_____

On December 11, 2007, Todd Shadewald filed a motion to quash the subpoena served on him for a deposition scheduled for Friday, December 14, 2007, on the ground that the counsel for the plaintiff failed to stipulate for a seven-hour limit on the deposition. That time limitation is applicable under Fed.R.Civ.P. 30(d)(2). No stipulation is necessary and it is therefore

ORDERED that the motion to quash subpoena is denied and the time limitation of the rule is applicable.

DATED: December 12th, 2007

                              BY THE COURT:

                              s/Richard P Matsch
                              _____
                              Richard P. Matsch, Senior District Judge