IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                January 31, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-01039-RPM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Lulie K. Lutz |
| | Zachary T. Carlyle |
| Plaintiff, | |
| v. | |
| LOUIS E. RIVELLI, | Charles B. Hecht |
| RODNEY B. JOHNSON, | Josiah O. Hatch, III |
| STEPHEN G. BURKE, | David A. Zisser |
| TERESA W. AYERS, | Richard Caschette |
| CRAIG L. STEVENSON, and | Steven W. McDonald |
| ROBERT T. HOFFMAN, | John McDermott |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing: Defendants' Motion to Amend Case Deadlines (Doc. 102)**

**11:00 a.m.     Court in session.**

Court's preliminary remarks.

11:02 a.m.     Mr. Hecht informs that the issues raised by the plaintiff's response have been resolved by agreement.

Terms of the agreement stated by Mr. Hecht.

All counsel state they agree to terms as stated by Mr. Hecht.

**ORDERED:**     **Fact discovery deadline is April 15, 2008**
                 **Deadline for rebuttal expert reports is April 30, 2008**
                 **Deadline for expert discovery is May 30, 2008**
                 **Dispositive and severance motions deadline is June 16, 2008**

**ORDERED:**     **Partially Unopposed and Partially Opposed Motion to Amend Case Deadlines, filed December 14, 2007 [102], is resolved.**

Discussion regarding scheduling.

**ORDERED:**     **Pretrial conference scheduled for July 18, 2008 at 10:00 a.m.**

**11:15 a.m.     Court in recess.**      Hearing concluded.  Total time in court: 15 min.