IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

        Defendants.

_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the hearing convened today, it is

ORDERED that a pretrial conference is scheduled for **July 18, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 10, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

        DATED: January 31st, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge