IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

    Defendants.

_____

ORDER CORRECTING REPLY DUE DATE ON ORDER [162] FOR DEFENDANT ROBERT
HOFFMAN'S MOTION FOR SUMMARY JUDGMENT
_____

    After review of the Order entered on August 20, 2008 [162], it is

    ORDERED that Defendant Hoffman has up to and including September 5, 2008 to file his reply brief.

    DATED: August 20th, 2008

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior District Judge