IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1039-RPM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

LOUIS E. RIVELLI, et al.
        Defendants.

---

**ORDER GRANTING WITHDRAWAL OF COUNSEL FOR
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**

---

The Court has considered the motion of Leslie J. Hughes to withdraw as counsel for Plaintiff Securities and Exchange Commission (SEC) in this matter. The Court finds that the plaintiff continues to be represented by other counsel in this matter.

IT IS ORDERED that plaintiff's request to allow Leslie J. Hughes to withdraw as counsel is granted.

DATED:    September 11th, 2008

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch
                              SENIOR DISTRICT JUDGE