IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON,
ROBERT T. HOFFMAN,

      Defendants.

_____

ORDER STRIKING PLAINTIFF'S MOTION FOR DETERMINATION WHETHER
CASES 05-cv-01039 AND 08-cv-01225 ARE RELATED
_____

On October 16, 2008, the plaintiff in this civil action filed a pleading designated

Plaintiff's Motion for Determination Whether Cases 05-cv-01039 and 08-cv-01225 are Related

Cases.  The purpose of the motion appears to question the assignment of Civil Action No. 08-

cv-1225.  That is a matter which is of no importance to the Securities and Exchange

Commission and it has no standing to question the assignment.  Accordingly it is

ORDERED that the plaintiff's motion [183] set forth is stricken.

DATED: October 17th, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge