**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                    July 1, 2010
Courtroom Deputy:    J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,                    Julie K. Lutz
                                                        Zachary T. Carlyle

        Plaintiff,

v.

LOUIS E. RIVELLI,
RODNEY B. JOHNSON,
STEPHEN G. BURKE,
TERESA W. AYERS,
CRAIG L. STEVENSON, and
ROBERT T. HOFFMAN,                                      Matthew J. Smith

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Defendant Hoffman's Motion for Summary Judgment**

**9:59 a.m.        Court in session.**

Defendant Robert T. Hoffman present.

Court's preliminary remarks and states its summary of the case facts.

10:09 a.m.        Argument by Mr. Smith.
10:30 a.m.        Argument by Ms. Lutz.
10:50 a.m.        Rebuttal argument by Mr. Smith.

**ORDERED:    Defendant Robert Hoffman's Motion for Summary Judgment, filed June 16,**
            **2008 [130], is taken under advisement.**

**10:59 a.m.        Court in recess.**

Hearing concluded.  Total time in court: 1 hr.