IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RODNEY B. JOHNSON,
ROBERT T. HOFFMAN,

    Defendants.

_____

ORDER
_____

    Upon review of the file in this matter, it is

    ORDERED that the motion for summary judgment of Defendant Rodney B. Johnson is denied pending settlement.

    DATED: September 29th, 2010

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior District Judge