IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01039-RPM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROBERT T. HOFFMAN,

    Defendant.

---

ORDER SETTING TRIAL AND PRETRIAL CONFERENCE DATES

---

    Pursuant to the trial setting conference conducted on October 14, 2010, it is

    ORDERED that this matter is set for trial to jury on **March 21, 2011, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

    FURTHER ORDERED that pretrial conference is scheduled for **January 14, 2011, at 2;00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **January 7, 2011.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

    Dated: October 14th, 2010

                                                   BY THE COURT:

                                                   s/Richard P. Matsch
                                                   _____
                                                   Richard P. Matsch, Senior District Judge

cc:     Defendant Hoffman's e-mail address rthoff@netscape.net