IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Case Number: 05-cv-01039-RPM-MJW

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ROBERT T. HOFFMAN,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate December 7, 2010 Settlement Conference (docket no. 222) is GRANTED finding good cause shown. The Settlement Conference set before Magistrate Judge Watanabe on December 7, 2010, at 1:30 p.m. is VACATED.  The parties have reached a settlement in this case subject to approval by Commission.  The parties shall file either a written status report or their settlement documents with this court on or before February 1, 2011.

Date:  December 3, 2010